**BILLY J. WILLIAMS, OSB #901366**
United States Attorney
District of Oregon
**KATHLEEN L. BICKERS, OSB #85151**
Assistant United States Attorney
Kathleen.bickers@usdoj.gov
1000 SW Third Ave., Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 6:16-CV-00131-KI |
| v. | STATUS REPORT |
| **ANN M. PATRICK,** | |
| **Defendant.** | |

The United States of America, by Billy J. Williams, United States Attorney for the District of Oregon, and through Kathleen L. Bickers, Assistant United States Attorney, hereby files a status report in the above captioned case.

A complaint was filed in this matter on January 25, 2016. The parties have been in contact and the government accepted an offer of compromise on March 25, 2016. Pursuant to the agreement, a partial payment was received on April 13, 2016 and the final payment is due no later than August 24, 2016. The defendant has signed a Consent Judgment which is held by the government to be filed only if defendant should default on the compromise agreement and miss the August 24, 2016 deadline for final payment.

Upon receipt of the timely final payment, the government will file a Motion to Dismiss Complaint with prejudice.

Dated this 5 day of July, 2015.

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

_____
KATHLEEN L. BICKERS, OSB #85151
Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I have made service of the foregoing Status Report on defendant by causing to be mailed at Portland Oregon, on July 5, 2016, a full copy, enclosed in an envelope with postage thereon prepaid, addressed to:

Milly Whatley
Attorney at Law
2445 NE Division Street, Suite 202
Bend, OR 97701
    Counsel for Defendant

 

_____
JERRI S. DUARTE
Paralegal Specialist